FILED

07/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0535

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 21-0535

---

FLATHEAD LAKERS INC., a Montana non-profit public benefit corporation,
AMY J. WALLER, STEVEN F. MOORE, CYNTHIA S. EDSTROM, ADELE
ZIMMERMAN, MARTIN FULSAAS and GAIL A. WATSON-FULSAAS,
LAUREL FULLERTON, ALAN and DEIRDRE COIT, and FRANK M.
WOODS,

        Petitioners/Appellees,

WATER FOR FLATHEAD'S FUTURE,

        Intervenor/Appellee,

    v.

MONTANA DEPARTMENT OF NATURAL RESOURCES AND
CONSERVATION

        Respondent/Appellant,
and

MONTANA ARTESIAN WATER COMPANY,

        Respondents/Appellants.

---

On Appeal from the Montana First Judicial District Court, Lewis and Clark County
Honorable Kathy Seeley Presiding
Cause No. CDV-2018-135

---

**ORDER**

---

Upon consideration of Appellees' motion for an extension of time, made pursuant to M.R.App.P., Rule 26, and good cause appearing.

IT IS HEREBY ORDERED that Appellees are granted a 30-day extension from the current deadline of July 12, 2022, within which to file its answer brief,

which will also include their cross-appeal argument. Appellees brief is now due on or before August 12, 2022

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 7 2022